BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re: | § | |
| M & D Properties Inc. | § | Case No.:   10–70413–hdh7 |
| | § | Chapter No.:   7 |
| Debtor(s) | § | |

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.


DATED:  8/11/11                      FOR THE COURT:
                                     Tawana C. Marshall, Clerk of Court

                                     by: /s/Karyn Rueter, Deputy Clerk